# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Profectus Technology LLC,**<br><br>*Plaintiff*,<br>v.<br><br>**Hewlett-Packard Company and**<br>**Hewlett-Packard Development Company, L.P.,**<br><br>*Defendants*. | Case No. 6:11-cv-00676<br><br>Jury Trial Demanded |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Profectus Technology LLC ("Profectus") files this Original Complaint for Patent Infringement against Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. (collectively referred to herein as "HP" or the "Defendants") for infringement of United States Patent Number 6,975,308 ("the '308 Patent") pursuant to 35 U.S.C. § 271.

## NATURE OF THE ACTION

1. This is an action for patent infringement under Title 35 of the United States Code.

2. Defendants make, use, sell, offer for sale, and/or import into the United States products that fall within the scope of one or more claims of the '308 Patent.

3. Profectus seeks damages pursuant to 35 U.S.C. § 284, among other relief, for Defendants' infringement of the '308 Patent.

## THE PARTIES

4. Plaintiff Profectus is a limited liability company organized and existing under the laws of the State of Texas with its principal place of business in Dix Hills, New York.

5. Defendant Hewlett-Packard Company is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 3000 Hanover Street, Palo Alto, California 94304.  Hewlett-Packard Company may be served with process by serving its registered agent, CT Corporation System, at 350 N. St. Paul Street, Suite 2900, Dallas, Texas 75201-4234.

6. Defendant Hewlett-Packard Development Company, L.P. is a limited partnership organized and existing under the laws of the State of Texas with its principal place of business located at 11445 Compaq Center Drive West, Houston, Texas 77070.  Hewlett-Packard Development Company, L.P. may be served with process by serving its registered agent, CT Corporation System, at 350 N. St. Paul Street, Suite 2900, Dallas, Texas 75201-4234.

7. HP has been and, upon information and belief, is designing, marketing, manufacturing, using, importing, selling, and/or offering for sale products, including but not limited to TouchPad devices, that infringe one or more claims of the '308 Patent.

8. HP has been and, upon information and belief, is doing business in the United States and, more particularly, in the Eastern District of Texas by designing, marketing, manufacturing, using, importing, selling, and/or offering for sale products, including but not limited to TouchPad devices, that infringe one or more claims of the '308 Patent.

## JURISDICTION AND VENUE

9. This is a civil action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, including 35 U.S.C. §§ 271 and 281-285. Subject matter jurisdiction is conferred on this Court by 28 U.S.C. §§ 1331 and 1338(a).

10. Venue is proper in the Tyler Division of the Eastern District of Texas under 28 U.S.C. §§ 1391(b)-(d) and 1400(b).

11. This court has personal jurisdiction over HP. HP has purposefully established minimum contacts with the State of Texas. HP has a principal place of business located in Texas. Further, HP, directly and/or through third-party manufacturers, manufactures or assembles products that are or have been offered for sale, sold, purchased, and used within the Eastern District of Texas, the products falling within the scope of one or more claims of the '308 Patent. HP, directly or through intermediaries (including distributors, retailers, and others), is or has been shipping, distributing, offering for sale, selling, and advertising infringing products in the Eastern District of Texas. Additionally, HP, directly and/or through its distribution networks, has regularly placed infringing products within the stream of commerce, with the knowledge and/or understanding that such products will be sold in the Eastern District of Texas. Upon information and belief, HP has purposefully and voluntarily sold one or more infringing products with the expectation that they will be purchased by consumers in the Eastern District of Texas. HP's infringing products have been and, upon information and belief, continue to be purchased by consumers in the Eastern District of Texas. HP has committed acts of patent infringement within the State of Texas and, more particularly, within the Eastern District of Texas. HP has purposefully availed itself of the benefits of the State of Texas and the exercise of jurisdiction over HP would not offend traditional notions of fair play and substantial justice.

## COUNT I
## PATENT INFRINGEMENT

12. Profectus incorporates by reference the paragraphs 1-11 above as if fully set forth herein.

13. On December 13, 2005, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '308 Patent, entitled "Digital Picture Display Frame" and listing Frank W. Bitetto and James J. Bitetto as the named inventors, after full and fair examination.  A true and correct copy of the '308 Patent is attached as Exhibit A.  Profectus is the assignee of all rights, title, and interest in and to the '308 Patent and possess all rights of recovery under the '308 Patent, including the right to recover damages for past infringement.

14. The '308 Patent is valid and enforceable.  Profectus and its predecessors in interest have complied with the marking requirements of 35 U.S.C. § 287(a).

15. HP has been and, upon information and belief, is now directly infringing the '308 Patent by making, using, selling, offering for sale, and/or importing into the United States products, including without limitation, HP's TouchPad devices, that fall within the scope of one or more claims of the '308 Patent, either literally or under the doctrine of equivalents.

16. The Defendants, as set forth above, have been and, upon information and belief, are now infringing one or more claims of the '308 Patent.  The Defendants are liable for infringement for the '308 Patent as set forth above.

17. The Defendants' acts of infringement have caused Profectus monetary damage.  Profectus is entitled to recover from the Defendants monetary damages under 35 U.S.C. § 284 adequate to compensate Profectus for infringement of the '308 Patent.

## DEMAND FOR A JURY TRIAL

18.     Profectus hereby demands a trial by jury, under Rule 38 of the Federal Rules of Civil Procedure, for all issues triable of right by a jury.

## PRAYER

WHEREFORE, Plaintiff Profectus respectfully prays for the following:

A.      A judgment that the Defendants have infringed the '308 Patent;

B.      A judgment and order that Profectus be awarded its actual damages under 35 U.S.C. § 284, including supplemental damages for any continuing post-verdict infringement;

C.      A judgment and order requiring the Defendants to pay Profectus pre-judgment and post-judgment interest on the damages awarded, including an award of prejudgment interest, pursuant to 35 U.S.C. § 284, from the date of each act of infringement of the '308 Patent by the Defendants to the day a damages judgment is entered, and further an award of post-judgment interest, pursuant to 28 U.S.C. § 1961, continuing until such judgment is paid, at the maximum rate allowed by law;

D.      A judgment and order requiring Defendants to pay the costs of this action; and

E.      Such other and further relief in law or in equity to which Profectus may be justly entitled.

Dated: December 16, 2011.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Steven E. Ross
　　　　　　　　　　　　　　　　　　Steven E. Ross
　　　　　　　　　　　　　　　　　　Lead Attorney
　　　　　　　　　　　　　　　　　　Texas State Bar No. 17305500
　　　　　　　　　　　　　　　　　　sross@rossipg.com

　　　　　　　　　　　　　　　　　　**ROSS IP GROUP PLLC**
　　　　　　　　　　　　　　　　　　1700 Pacific Ave., Suite 3750
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　Phone: 972-661-9400
　　　　　　　　　　　　　　　　　　Facsimile: 972-661-9401

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　**PROFECTUS TECHNOLOGY LLC**